IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: <br><br> JOSÉ DE JESÚS GONZÁLEZ AND NIXSA GARCÍA REYES, <br> Debtors <br><br> Wilfredo Segarra Miranda, as Chapter Trustee of the Estate of José De Jesús González and Nixsa García Reyes, Plaintiffs, <br><br> v. <br> JOSÉ DE JESÚS GONZÁLEZ, and others. <br> Defendants. <br> Debtors. | Case No. 02-05485 (GAC) <br><br> Re: Chapter 7 <br><br> Adversary Proceeding No. 09-0150 (SDK) <br><br> Declaratory Judgment; Violation of Automatic Stay; Damages, Avoidance of Post-Petition Transfer; Disregard of Corporate Veil <br><br> Trial by Jury Requested, Article III Judge and other Constitutional Rights Demanded |

MOTION REQUESTING APPOINTMENT OF GUARDIAN AD LITEM

TO THE HONORABLE COURT:

COMES NOW, JOSÉ DE JESÚS GONZÁLEZ, pro se and in forma pauperis, and hereby States and Prays:

1. I was served summons on the above referenced case.

2. I am getting divorced from my wife Nixsa García Reyes, Court of First Instance, Bayamón Family Relations and Juvenile Part, in case number DDI 2009-0040 (4001), <u>García Reyes v. De Jesús González.</u> She sued me on cruel treatment and injuries ("trato cruel"). 31 L.P.R.A §321 (4).

3. My attorney requested alimony on my behalf since I have not been able to work for the last year and my wife has to support me financially. My attorney also requested a guardian for my divorce proceeding. Hearing for alimony is scheduled for December 1, 2009 and trial will be held on February 10, 2009. I have been going through setbacks mental health

Motion...
Case No. 09-0150
Page 2 of 2

conditions which jeopardize my ability to make decisions not only on this case, but in my everyday life, and finances.

    4. I do not have the strength to go through this proceeding, I do not feel well, and I request a guardian to be appointed on my behalf.

    5. I have enclosed a sealed report from José E. Quintero Alfaro, MD, my psychiatrist since 1989 and records of my last hospitalization at First Hospital Panamericano, during July 2009. I can be subject to a relapse due to this stressful condition.

WHEREFORE, the undersigned hereby requests from this Honorable Court to appoint me a guardian ad litem and to take notice of my medical condition.

I HEREBY CERTIFY: That on this same date this document has been sent via regular mail to the attorneys in the above captioned case.

RESPECTFULLY SUBMITTED. In Dorado, Puerto Rico, on October 20, 2009.

*[signature]*
JOSE DE JESÚS GONZALEZ
DORADO DEL MAR
CALLE CORAL S-15
DORADO, PR 00646-2163
PH. (787) 603-0470
jdjgpe@aol.com