IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| JOSE DE JESUS GONZALEZ<br>XXX-XX-0098 | CASE NO. 02-05485 SEK |
| NITXA GARCIA REYES<br>XXX-XX-2901 | |
| | Chapter 7 |
| WILFREDO SEGARRA MIRANDA<br>PLAINTIFF | ADVERSARY NO. 09-00150 |
| VS | |
| JOSE DE JESUS GONZALEZ, NITXA GARCIA REYES, Sitka Enterprises, Inc., V.B. RENTAL INC., RICHARD ROE, VDJ LIMITED PARTNERSHIP, SE BERRIOS & LONGO, AGRIMENSORES PSC, FERNANDO LONGO QUINONES, ABC INSURANCE CO, DEF INSURANCE CORP, WESTERNBAK PR<br>DEFENDANTS | FILED & ENTERED ON 11/02/2009 |

**ORDER**

I hereby order the clerk to place these documents under seal in adversary 09-0150 Docket #33 until further order from this court.

**SO ORDERED.**

San Juan, Puerto Rico, this 02 day of November, 2009.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge