# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | JOSE DE JESUS GONZALEZ & NITXA GARCIA REYES |
| **Case Number:** | 02-05485-SEK7  **Chapter:** 7 |
| **Date / Time / Room:** | FRIDAY, JANUARY 08, 2010 11:00 AM   COURTROOM 1 |
| **Bankruptcy Judge:** | SARA DE JESUS |
| **Courtroom Clerk:** | MARIBEL MONTALVO |
| **Reporter / ECR:** | CARLOS APONTE REYES |

### Matter:

**ADV: 3-09-00150**

**WILFREDO SEGARRA MIRANDA vs JOSE DE JESUS GONZALEZ**

*SC* STATUS CONFERENCE

**R / M #:**  1 / 0

### Appearances:

ELDIA M DIAZ OLMO, ATTORNEY FOR WILFREDO SEGARRA MIRANDA
EDGAR HERNANDEZ SANCHEZ, ATTORNEY FOR FERNANDO LONGO QUINONES, SE BERRIOS &LONGO, SITKA ENTERPRISES, INC.
DEBTORS PRESENT

### Proceedings:

1-THE MOTION TO STRIKE SECOND AMENDED COMPLAINT FILED BY SITKA ENTERPRISES (#43 ) IS MOOT.

2-SITKA AND WETERNBANK WERE GRANTED (15) DAYS TO SUPPLEMENT THEIR MOTION TO DISMISS (#12) AND (#24) TRUSTEE TO REPLY IN (15) DAYS THEREAFTER.

3-THE MOTION FILED BY DEBTOR (PROSE SE) JOSE DE JESUS GONZALEZ FOR APPOINTMENT OF A GUARDIAM AD LITEM
(#33 ) IS DENIED. (SEPARATE ORDER WILL BE ENTERED)

4-DEBTOR, JOSE DE JESUS GONZALEZ WAS GRANTED (60) DAYS TO SEEK NEW LEGAL REPRESENTATION FOR ALL HIS ENTITIES.

5-DEBTOR, NITZA GARCIA REYES INFORM HER NEW ADDRESS FOR THE RECORD.

6-COUNSEL FOR THE U.S. TRUSTEE STATE FOR THE RECORD THAT DUE TO MRS. GARCIA'S STATEMENT, THE DATE SHE WAS INFORMED ABOUT THE COMPLAINT MRS. NITZA GARCIA REYES WAS DULY REPRESENTED BY A CRIMINAL ATTORNEY.

7-THE US TRUSTEE'S MOTION FOR ENTRY OF DEFAULT AGAINST WESTERNBAK (#21) IS MOOT.

8-PRETRIAL REPORT , INCLUDING STIPULATED FACTS , LIST OF WITNESSES , PHYSICAL EVIDENCE, MARKED AND TELEPHONE NUMBERS TO BE FILED BY FEBRUARY 19, 2010.

9-CLERK TO FOLLOW UP.

/s/ SARA DE JESUS
U.S. Bankruptcy Judge